# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SHELLY L. HORNE,

    Plaintiff,                                      Case No. 3:14-cv-452

    vs.

COMMISSIONER OF                              District Judge Thomas M. Rose
SOCIAL SECURITY,                              Magistrate Judge Michael J. Newman

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #11), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on November 18, 2015 (Doc. #11) is **ADOPTED** in full;

2. The Commissioner's non-disability determination is **REVERSED**;

3. The Commissioner's motion for remand (Doc. #8) is **GRANTED** and this matter is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and

4. This case is terminated on the docket of this Court.

Date: December 11, 2015                                                  \*s/Thomas M. Rose
_____                             _____
                                                                                 THOMAS M. ROSE
                                                                   UNITED STATES DISTRICT JUDGE