IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SHELLY L. HORNE, | : | Case No. 3:14-cv-452 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of the Social<br>Security Administration, | : | |
| Defendant. | : | |

**ENTRY AND ORDER GRANTING UNOPPOSED MOTION FOR AUTHORIZATION OF ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) (DOC. 16)**

This case is before the Court upon Plaintiff Shelly L. Horne's Motion for Authorization of Attorney Fees pursuant to 42 U.S.C. § 406(b) (Doc. 16). Plaintiff requests that her counsel be awarded attorney fees in the amount of $12,514.75 under Section 406(b)(1). Of that award, Plaintiff's counsel will reimburse Plaintiff $3,786.25 for fees previously paid pursuant to the Court's award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. 16 at 7; Doc. 15.) No objection to the requested attorney fee award has been filed and the time do so has expired.

**WHEREFORE**, the Court hereby **GRANTS** the Motion for Authorization of Attorney Fees (Doc. 16) and **ORDERS** that the Commissioner shall pay attorney fees to Plaintiff's counsel in the requested amount of $12,514.75.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, May 10, 2017.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE